GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LUZ JORDELL,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and Jefferson Capital Systems, LLC,<br><br>Defendants. | Case No. 2:25-cv-00265-CDS-MDC<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the **April 3, 2025**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the

/ /

/ /

/ /

/ /

/ /

1  Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause
2  delay.
3        Respectfully submitted, this 28th day of February, 2025.

| CLARK HILL PLLC | <u>*No opposition*</u> |
|---|---|
| By:  /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive, Suite 500<br>Las Vegas, NV 89135<br>Tel: (702) 862-8300<br>Fax: (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/*George Haines*<br>George Haines<br>**Freedom Law Firm, LLC**<br>8985 S. Eastern Ave.<br>Suite 100<br>Las Vegas, NV 89123<br>702-880-5554<br>Email: Ghaines@freedomlegalteam.com<br><br>*Attorney for Plaintiff* |

IT IS SO ORDERED: Denied without prejudice.  The stipulation contains an incomplete sentence at p. 1:20-21 (e.g., "….Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the April 3, 2025.").  For clarity of the record, the parties may submit an amended, corrected, stipulation."  The amended stipulation should also include the original date that defendant's response to the complaint was due.

_____
United States Judge

DATED:  3-5-25

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 28th day of February, 2025, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709