GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LUZ JORDELL, | **Case No. 2:25-cv-00265-CDS-MDC** |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC, and Jefferson Capital Systems, LLC, | |
| | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the complaint is extended to **April 3, 2025**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the

/ /

/ /

/ /

/ /

/ /

1    Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause

2    delay.

3           Respectfully submitted, this 7th day of March, 2025.

4

5    CLARK HILL PLLC                                    **No opposition**

6    By: /s/Gia N. Marina                                /s/*George Haines*
     Gia N. Marina                                      George Haines
7    Nevada Bar No. 15276                               **Freedom Law Firm, LLC**
     1700 S. Pavilion Center Drive, Suite 500           8985 S. Eastern Ave.
8    Las Vegas, NV 89135                                Suite 100
9    Tel: (702) 862-8300                                Las Vegas, NV 89123
     Fax: (702) 778-9709                                702-880-5554
10   Email: gmarina@clarkhill.com                       Email:
     *Attorney for Defendant Equifax Information*       Ghaines@freedomlegalteam.com
11   *Services LLC*

12                                                      *Attorney for Plaintiff*

13

14          IT IS SO ORDERED: Denied without prejudice.  The Court's Order (ECF
            No. 12) requested the parties to include in an amended stipulation the
15          original date the complaint was due.  The parties' amended stipulation
            (ECF No. 13) does not include the original due date.  The parties may
16          submit a second amended stipulation that complies with the Court's Order
17          at ECF No. 12.

18

19

20

21

22

23

24

25

26                                            _____

27                                            United States Judge

28                                            DATED:    3-19-25

                                                - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and exact copy of the foregoing has been served this 7th day of March, 2025, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709