George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Luz Jordell*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Luz Jordell,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>Equifax Information Services LLC<br><br>　　　　　　Defendant | Case No.: 2:25-cv-00265-CDS-MDC<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Luz Jordell and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///
///

_____

STIPULATION

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 16, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Luz Jordell*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 20, 2025